PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, as Successor Trustee under a Trust Mortgage Dated as of June 15, 1926, Made by THE STRAND BUILDING CORPORATION to AMERICAN TRUST COMPANY (OF NEW YORK), as Trustee, Respondent, v. THE STRAND BUILDING CORP. and Others, Defendants, and BENJAY ENTERPRISES, INC., Appellant.— In an action for foreclosure of a certificated

mortgage covering real property, in the sum of $275,000, and for the sale of the mortgaged premises, judgment in favor of plaintiff against the defendants, including the appellant, Benjay Enterprises, Inc., unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Johnston, Taylor and Close, JJ.